# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LIBERTY MARITIME TERMINALS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-0026-WS-B |
| ) | |
| **DECK BARGE RG 31, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court on the plaintiff's motion for default judgment against the defendants. (Doc. 32). The defendants were sold at public auction on May 11, 2005, (Docs. 27-29),[1] and the plaintiff requests entry of default judgment as to each defendant in the amount of the sale price of that defendant. (*Id.*, Stiegler Affidavit, ¶ 6). The time for filing claims has expired without any claims being filed, and the defendants were entered in default by the Clerk on June 22, 2005. (Doc. 33).[2] The amount owed the plaintiff exceeds the sales price of the defendants. (Docs. 27-29; Doc. 32, Stiegler Affidavit, ¶ 5).

Accordingly, the motion for default judgment is **granted**. Judgment shall be entered accordingly by separate order. No distribution of the proceeds of the sale of the defendants shall occur before the plaintiff has moved for and obtained confirmation of the sale and has furnished proof that it has satisfied all claims of the Marshal. The plaintiff shall bear all expenses of the substitute custodian out of the proceeds of the sale.

DONE and ORDERED this 6th day of July, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The sale renders **moot** the plaintiff's motion to amend order authorizing sale. (Doc. 21).

[2] The Clerk's entry of default renders **moot** the plaintiff's two motions for entry of default. (Docs. 16, 31).