**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LIBERTY MARITIME TERMINALS, INC.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 05-0026-WS-B** |
| ) | |
| **DECK BARGE RG 31, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**FINAL JUDGMENT**

In accordance with the Court's order of July 6, 2005 granting the plaintiff's motion for default judgment, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the plaintiff shall recover from the defendant DECK BARGE RG 31, in rem, the sum of $26,000.00; that the plaintiff shall recover from the defendant DECK BARGE RG 110, in rem, the sum of $20,000.00; and that the plaintiff shall recover from the defendant UNNAMED ACCOMMODATION BARGE etc., in rem, the sum of $20,000.00.

DONE this 6th day of July, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE